UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

No. 9:18-cv-80283-Dimitrouleas/Matthewman

ADT LLC, & ADT US HOLDINGS, INC.,

    Plaintiff,

v.

NORTHSTAR ALARM SERVICES LLC,
and VISION SECURITY, LLC,

    Defendants.
_____/

**STIPULATED MOTION TO DISMISS WITH PREJUDICE VISION SECURITY, LLC AND ADT'S FOURTH CLAIM FOR RELIEF AS TO ALL DEFENDANTS**

ADT, LLC, Vision Security, LLC and NorthStar Alarm Services, LLC, by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of Vision Security, LLC, and Count IV (breach of contract) set forth in ADT's Complaint herein as to all Defendants, each party to bear their respective attorney fees and costs with respect to that claim for relief.

Dated: May 7, 2019

                                          Respectfully submitted,

                                          */s/ Richard G. Sander*
                                          Richard G. Sander *(pro hac vice)*
                                          **Shook Hardy & Bacon LLP**
                                          1660 17th St., Suite 450
                                          Denver, CO 80202
                                          Tel: (303) 285-5300
                                          Fax: (303) 285-53001
                                          Email: rsander@shb.com

                                          */s/Eric Boos*
                                          **Shook Hardy & Bacon LLP**

4845-1358-2742

Citigroup Center, Suite 3200
201 South Biscayne Boulevard

Miami FL 33131
Fax: (305) 358-7470
Email: eboos@shb.com
Florida Bar No. 0107673

*/s/C. Sanders McNew*
C. Sanders McNew # 0090561
**McNew P.A.**
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida 33431
Tel: (561) 299-0257
Email: mcnew@mcnew.net
*Counsel for the Plaintiff, ADT LLC*

/s/ John M. O'Bryan
John M. O'Bryan, Esq.
Meghan E. Tepas, Esq.
Terrance J. Sheahan, Esq.
**Freeborn & Peters, LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60660
Tel: (312) 360-6580
Email: jobryan@freeborn.com

*/s/Peter Martin Bernhardt, Esq.*
Courtney G. Tito, Esq.
**McDonald Hopkins LLC**
505 South Flagler Drive, Suite 300
West Palm Beach, FL 33401
Tel: (561) 472-2121
Email: pbernhardt@mcdonaldhopkins.com
*Counsel for Vision Security, LLC*


*/s/ Matthew R. Chait*
Eric C. Christu
Jonathan P. Hart
**Shutts & Bowen LLP**
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Tel: (561) 835-8500
Email: mchait@shutts.com
         jhart@shutts.com
         EChristu@shutts.com

*Counsel for NorthStar Alarm Services LLC*

4845-1358-2742

## CERTIFICATE OF SERIVICE

I hereby certify that on this 7th day of May 2019, I served a copy pf the following **STIPULATED MOTION TO DISMISS WITH PREJUDICE OF VISION SECURITY, LLC AND ADT'S FOURTH CLAIM FOR RELIEF AS TO ALL DEFENDANTS** upon all counsel of record by CM/ECF to all counsel of record registered to receive electronic service in this cause.

                                                    /s/ *C. Sanders McNew*
                                                    C. Sander McNew