UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

No. 9:18-cv-80283-Dimitrouleas/Matthewman

ADT LLC, and ADT US HOLDINGS, INC.,

    Plaintiffs,

        v.

NORTHSTAR ALARM SERVICES LLC,
and VISION SECURITY, LLC,

    Defendants.
_____/

### PLAINTIFFS' NOTICE OF FILING PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)(A)

Plaintiffs ADT LLC and ADT US Holdings, Inc. (collectively "Plaintiffs" or "ADT") hereby give notice of filing the attached pretrial disclosures, pursuant to Fed. R. Civ. P. 26(a)(3)(A):

1. Plaintiffs' Initial Witness List as **Exhibit A**.
2. Plaintiffs' Deposition Designations as **Exhibit B**.
3. Plaintiffs' Initial Exhibit List as **Exhibit C**.

Plaintiffs served the foregoing documents on Defendants on May 10, 2019 via electronic mail. By making these pretrial disclosures, ADT does not waive any objections regarding the admissibility, relevance or weight to be afforded any exhibits, information or proffered testimony, and reserves all rights to object to all or part of the listed exhibits and testimony depending upon the manner and context with which they may be offered. By making these disclosures, ADT does not waive any privilege or confidentiality protections, including but not limited to the attorney-client privilege, the work product privilege or any legal protections afforded trade secrets, and

confidential or proprietary information.  ADT reserves the right to supplement these disclosures as appropriate.

Dated this 11th day of May, 2019.

                                                Respectfully submitted,

*/s/ Eric S. Boos*
Eric S. Boos
Florida Bar No.: 0107673
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.358.5171
Facsimile: 305.358.7470
Email: eboos@shb.com

-and-

Daniel E. Rohner *(pro hac vice)*
Richard Sander *(pro hac vice)*
**SHOOK, HARDY & BACON L.L.P.**
1660 17th St., Suite 450
Denver, CO 80202
Telephone: 303.285.5300
Facsimile: 303.285.53001
Email: drohner@shb.com

-and-

Charles C. Eblen (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: ceblen@shb.com

-and-

*/s/C. Sanders McNew*
C. Sanders McNew
Florida Bar No. 0090561
**McNew P.A.**
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida 33431
Telephone: 561.299.0257
Facsimile: 561.299.3705
Email: mcnew@mcnew.net

2

*Counsel for Plaintiffs ADT LLC and ADT US Holdings, Inc.*

4853-1963-4582

## **CERTIFICATE OF SERVICE**

I certify that on the 11th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including:

Matthew Ross Chait
Jonathan Phillip Hart
Eric Christu
**Shutts & Bowen LLP**
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Email: mchait@shutts.com
       jhart@shutts.com
       EChristu@shutts.com

Peter M. Bernhardt
**McDonald Hopkins LLC**
505 South Flagler Dr., Suite 300
West Palm Beach, FL 33401
Email: pbernhardt@mcdonaldhopkins.com

John M. O'Bryan
**Freeborn & Peters, LLP**
311 South Wacker Dr., Suite 3000
Chicago, IL 60660
Email: jobryan@freeborn.com

*Counsel for Defendants*

                                    */s/ Eric S. Boos*
                                    Eric Boos

4853-1963-4582