# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

No. 9:18-cv-80283-Dimitrouleas/Matthewman

ADT LLC, and ADT US HOLDINGS, INC.,

    Plaintiffs,

        v.

NORTHSTAR ALARM SERVICES LLC,
and VISION SECURITY, LLC,

    Defendants.
_____/

### PLAINTIFFS' INITIAL WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P 26(a)(3)(A)(i) and (ii)

**I.**     **ADT EMPLOYEES AND FORMER EMPLOYEES**

1. **Frank Cona**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – Expected to Testify

2. **Jamie Haenggi**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – Expected to Testify

3. **Marcia Gold**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – Expected to Testify

4. **Barbara Runa**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

5. **Sarah Perry**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

6. **Zach Sucil**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

7. **Brian Verplanck**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

8. **Robert Tucker**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

9. **Joanna Castaldi-Reynolds**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

10. **Jay Robertson**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

11. **Sue Gates**, c/o Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202 – May Testify

II. **ADT EXPERTS (All Expected to Testify)**[1]

1. **Eric Matolo**, 3 Park Plaza, Suite 1980, Irvine, California 92614

2. **Charles Taylor**, 219 Sugartown Rd. Apt. E204 Wayne, PA 19087

3. **Bill Urban**, 7280 Forest Ridge Circle, Castle Pines, Colorado 80108

III. **CUSTOMER WITNESSES**

   a. **By Deposition Designation in Case No. 9:18-cv-80283 (Expected to Testify via Deposition)**

1. **Becky Blanton Gay**, 2207 Heatherlawn Drive Toledo, Ohio 43614

2. **Karen Gardner**, 3312 175th St. Hammond, Indiana 46323

3. **Lori Larkin**, 1163 Englewood Ave. Saint Paul, Minnesota 55104

4. **Frances Stallworth**, 502 Dupont Drive Tallahassee, Florida 32305

5. **Coy Taylor**, 564 Patterson Street Allendale, South Carolina 29810

6. **Paul Turner**, 1582 Hollyhock Ter. Decatur, Georgia 30032

7. **Ann Vaughn**, 209 Brentwood Lane Clayton, North Carolina 27520

8. **Bernard West**, 608 NW 6th Court Hallandale Beach, Florida 33009

9. **Any ADT customer who reports deceptive or misleading conduct by NorthStar following the service of this list**[2]

---

[1] All experts should be contacted only through counsel of record for ADT at Shook Hardy & Bacon, LLP, 1660 17th Street, Suite 450, Denver, Colorado 80202.

[2] Because Defendants' conduct is ongoing, ADT does not presently know the identity of these individuals; however, ADT expects to call, by deposition or live testimony, additional customers who report deceptive or misleading conduct by Alder following the service of this list up to and through the date of trial.

b. **By Deposition Designation in Case No. 9:12-cv-81120 (Expected to Testify via Deposition)**

1. **Lucy Ausbrooks**, 184 Sumner Ave. Gallatin, Tennessee 37066

2. **Thelma Barfield**, 702 Leo Dr. Elm City, North Carolina 27822

3. **Angelo Ciurleo**, 30360 Westbrook PKWY Southfield, Michigan 48076

4. **Bonita Cunningham**, 903 4th Ave. NW Rochester, Minnesota 55901

5. **Dennis Daley**, 924 Greenmount Blvd. Dayton, Oklahoma 45419

6. **Sandra Dragg**, 5806 Spring Sq. San Antonio, Texas 78247

7. **Thomas Ewry**, 2018 Tahoe Dr. Xenia, Ohio 45385

8. **LuAnn Harris**, 1264 Spanish Armada Rd. Las Vegas, Nevada 89123

9. **Richard Harris**, 193 Charlotte Ave. Colonial Heights, Virginia 23834

10. **Darice Polo**, 2732 Derbyshire Rd. Cleveland, Ohio 44106

11. **Marie Scafaria**, 4788 Sunny Ln. Brooklyn, Ohio 44144

12. **Maggie Smith**, 9805 Benson Ave. Breckenridge Hills, Missouri 63114

13. **Beverly Swope**, 1709 NE 68th St. Kansas City, Missouri 64118

14. **Margaret Taylor**, 16201 Judson Dr. Cleveland, Ohio 44128

15. **Clarence Whitaker**, 224 S J St. Madera, California 93637

16. **Georgia Foster**, 905 Mains Creek Rd. Chesapeake, Virginia 23320

17. **Bonnie Williams**, 1120 Kemper Rd. Ext. Jacksonville, Florida 24541

18. **Georgia C. Foster**, 905 Mains Creek Road Chesapeake, Virginia 23320

IV. **FORMER AND CURRENT NORTHSTAR SALES REPRESENTATIVES (May Testify)**

1. **Any NorthStar sales representative disclosed by Defendant in response to interrogatories 1, 2, 3 and 4 or identified in a customer deposition who will**

3

4849-6362-6390

**voluntarily appear at trial or who will accept service of a trial subpoena outside of the State of Florida, including but not limited to**[3]**:**

a) Sean Holliday

b) Tim Holliday

c) Justin St. John

d) Danny Stoddart

e) Matthew Holliday

f) Devin Strong

g) Kyle Steele

h) Jackie Nguyen

i) Dallan Sudweeks

j) Skylar Brown

k) Adam Santome

l) Mike Long

m) Joshua Adam

n) Taylor Buffum

o) Kyle Strong

p) Chasteen Florence

q) Any other current or former sales representative disclosed by Defendant in response to interrogatories 1, 2, 3 and 4.

---

[3] Last known address for each such sales representive at this time is the corporate address for their current or former employer, Northstar Alarm Services LLC, which is 1280 South 800 East, Suite 200, Orem, UT 84097,

V. **NORTHSTAR OFFICERS, MANAGERS AND MISCELLANEOUS EMPLOYEES (May Call Unless Otherwise Noted) (By Deposition Designation or Live Testimony)**[4]

1. **Alder 30(b)(6) Case No. 9:18-cv-80293 – Jason Christensen** – Expected to testify by deposition transcript

2. **Alder 30(b)(6) Case No. 9:12-cv-81120 – Jason Christensen –** Expected to testify by deposition transcript

3. **Any NorthStar employee listed on Defendants' Witness List –** May Testify.

VI. **NORTHSTAR EXPERTS (May Testify)**[5]

1. **Dr. Jeffrey Stec**, 70 W. Madison Suite 5000 Chicago, Illinois 60602

2. **Russell L. Parr**, c/o Shutts & Bowen L.L.P., 505 South Flagler Dr., Suite 300 West Palm Beach, FL 33401

3. **Mitch Reitman**, c/o Shutts & Bowen L.L.P., 505 South Flagler Dr., Suite 300 West Palm Beach, FL 33401

VII. **OTHER**

1. **Any individual listed on NorthStar's witness list**[6] – May Testify

2. **Any witness required to lay foundation for any exhibits** – May Testify

3. **Any witness required for rebuttal.**

ADT EXPRESSLY RESERVES THE RIGHT TO AMEND OR SUPPLEMENT THIS LIST AS ADDITIONAL INFORMATION BECOMES AVAILABLE OR POTENTIAL WITNESSES ARE IDENTIFIED OR LOCATED.

---

[4] All c/o Shutts & Bowen L.L.P., 505 South Flagler Dr., Suite 300 West Palm Beach, FL 33401, unless otherwise noted.
[5] By cross-listing Defendants' expert witnesses, ADT does not concede the admissibility of any such testimony. All NorthStar's experts are c/o Shutts & Bowen L.L.P., 505 South Flagler Dr., Suite 300 West Palm Beach, FL 33401.
[6] By cross-listing witnesses listed by Alder, ADT does not concede the admissibility of any such testimony.

4849-6362-6390