UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 9:18-cv-80283 -Dimitrouleas/Matthewman

ADT LLC, and ADT US HOLDINGS, INC,

    Plaintiffs,

v.

NORTHSTAR ALARM SERVICES LLC,
and VISION SECURITY, LLC

    Defendants.
_____/

**NORTHSTAR ALARM SERVICES LLC'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE FOR USE AT TRIAL**

NorthStar Alarm Services LLC moves for authorization for its counsel and certain party representatives to bring into the courthouse and use electronic equipment during the trial period of June 10-21, 2019.

1. NorthStar requests the Court's permission to use certain electronic equipment during the trial period from June 10, 2019 through June 21, 2019.

2. NorthStar requests the Court's permission to use the following electronic equipment and related items: (i) laptops; (ii) speakers; (iii) cables; (iv) iPads with external keyboards; (v) cellular phones (iPhone and Android); (vi) monitors; (vii) Distribution Amp Switch; (viii) 2 x 4 Folding Table; (ix) Gaffers tape and (x) any necessary cables or power supplies for the aforementioned equipment (collectively the "Electronic Equipment").

3. NorthStar acknowledges that the Electronic Equipment described herein is subject to inspection by courthouse security and/or U.S. Marshals.

4. NorthStar requests that the following persons be allowed to bring the Electronic Equipment into the courthouse for the trial:

    a. Matthew R. Chait, Esq., counsel for NorthStar;

    b. Eric C. Christu, Esq., counsel for NorthStar;

    c. Jonathan P. Hart, Esq., counsel for NorthStar;

    d. Alamea Deedee Bitran, Esq., counsel for NorthStar;

    e. Josh A. Rubin, Esq., counsel for NorthStar;

    f. Lisa McNesby, paralegal for counsel for NorthStar;

    g. Carlos Vivanco, Managing Partner for Juris LTS, Inc. (electronic technician);

    h. Jared Parrish, Esq., General Counsel of NorthStar;

    i. J. Daniel Noble, CEO of NorthStar.

5. Counsel for Plaintiffs has no objection to the granting of this motion.

6. A proposed order granting this motion is attached as **Exhibit A**.

**WHEREFORE,** NorthStar respectfully request the entry of an Order permitting counsel and certain party representatives to use electronic equipment during the trial period of June 10-21, 2019, and for such further and other relief as the Court deems just and proper.

Dated:  May 28, 2019

Respectfully submitted,

**SHUTTS & BOWEN LLP**
*Attorneys for NorthStar Alarm Services LLC*
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL  33401
Telephone:  (561) 835-8500
Facsimile:   (561) 650-8530

By*:*      */s/ Matthew R. Chait*
      **Matthew R. Chait**
      Florida Bar No. 17657
      Email:  mchait@shutts.com
      **Eric C. Christu**
      Florida Bar No. 434647
      Email: echristu@shutts.com
      **Jonathan P. Hart**
      Florida Bar No. 55982
      Email:  jhart@shutts.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of May 2019 I caused a true and correct of the foregoing to be served by the CM/ECF service to counsel of record listed below:

*Counsel for ADT LLC and*
*ADT US Holdings, Inc.*
C. Sanders McNew, Esq.
McNew P.A.
2385 NW Executive Center Drive, Suite 100
Boca Raton, FL 33431
Tel: (561) 299-0257
Fax: (561) 299-3705
Email: mcnew@mcnew.net

*Counsel for ADT LLC and*
*ADT US Holdings, Inc.*
Eric S. Boos, Esq.
Shook, Hardy & Bacon L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 358-5171
Fax: (305) 358-7470
Email: eboos@shb.com
Email: bizquierdo@shb.com
Email: dkoronis@shb.com

*Co-counsel for ADT LLC and*
*ADT US Holdings, Inc.*
Richard G. Sander, Esq.
*Admitted Pro Hac Vice*
Daniel E. Rohner, Esq.
*Admitted Pro Hac*
Shook, Hard & Bacon L.L.P.
1660 17th Street
Suite 450
Denver, CO 80202
Tel: (303) 285-5300
Email: rsander@shb.com
Email: drohner@shb.com

*Co-counsel for ADT LLC and*
*ADT US Holdings, Inc.*
Charles C. Eblen, Esq.
*Admitted Pro Hac Vice*
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Email: ceblen@shb.com

      */s/ Matthew R. Chait*
      Counsel

WPBDOCS 9992478 1