# EXHIBIT A

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

ADT LLC, and ADT US HOLDINGS, INC.,
Plaintiffs,

v.                                                                 Case No. 9:18-80283-Civ-Dimitrouleas

NORTHSTAR ALARM SERVICES LLC,
and VISION SECURITY, LLC,
Defendants.

**Expert Report of Russell L. Parr, CFA, ASA, CLP**
**For the Defendant/Counterclaimant NorthStar Alarm Services LLC**

**March 28, 2019**

*[signature]*

_____
Russell L. Parr, CFA, ASA, CLP
President
IPRA, Inc.

**HIGHLY CONFIDENTIAL      ATTORNEYS EYES ONLY**

Expert Damages Report by Russell L. Parr Regarding ADT v. NorthStar
Page 24



If the lost profits to NorthStar are deemed a reasonable measure of damage for this case, I conclude damages to NorthStar of 1,726.71 per account. I have not considered any other measures of damage.



**HIGHLY CONFIDENTIAL     ATTORNEYS EYES ONLY**